Exhibit A

# Knox County Board of Education

| Descriptor Term: | Descriptor Code: | Issued: |
|---|---|---|
| **Harassment of Employees** | **GAO** | **7/95** |
| | Rescinds: | Revised: **4/10** |

Knox County Schools does not discriminate in its programs or employment practices nor does it tolerate harassment for any reason including, but not limited to, harassment on the basis of age, sex, national origin, disability, religion, race, color, genetics, veteran status or any other Federally identified protected area. Harassment by any employee will not be tolerated. Harassment is defined as conduct, advances, gestures or words of a nature which:

1. Unreasonably interfere with an individual's work or performance;

2. Create an intimidating, hostile or offensive work environment;

3. Imply that submission to such conduct is made an explicit or implicit term of employment;

4. Imply that submission to or rejection of such conduct will be used as a basis for an employment decision affecting the harassed employee.[1]

Victims of harassment should report these conditions to the appropriate school administrator, the Executive Director of Human Resources, or the Office of the Director of Schools. No reprisals or retaliation shall occur as a result of good faith reporting of charges of harassment and effort will be made to maintain confidentiality.

In determining whether alleged conduct constitutes harassment, all of the circumstances, including the nature of the conduct and the context in which the alleged conduct occurred, will be investigated. The Director of Schools shall be responsible for investigating all complaints of harassment. If satisfactory resolution of any complaint is not reached, the complainant may refer the matter to the Board.

Any employee found to have engaged in harassment shall be subject to sanctions, including, but not limited to, warning, suspension, or termination.[3]

Legal References:

1. Title 7. 1964 Civil Rights.